# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. WASHBURN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00092-JLT-SAB<br><br>ORDER DENYING DUPLICATIVE MOTION AS MOOT<br><br>(ECF No. 12) |

Plaintiff Adam Hernandez ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On March 23, 2022, the Court screened Plaintiff's first amended complaint, found it failed to state a claim, and directed Plaintiff to file a second amended complaint within thirty days. (ECF No. 9.) On April 8, 2022, Plaintiff filed a motion for leave to file a second amended complaint and enlargement of time to file and obtain a litigator/counsel. (ECF No. 10.) On April 11, 2022, the Court granted Plaintiff's request for an extension of time of sixty (60) days. (ECF No. 10.) On April 18, 2022, Plaintiff filed the same motion filed previously, except signed again on April 15, 2022. (ECF No. 12.) It appears Plaintiff re-filed the second motion before receiving the order granting the first extension of time. Therefore, the Court shall deny the second motion as moot because the Court has already granted Plaintiff an extension of time of sixty (60) days.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed on April 18, 2022 (ECF No. 12), is DENIED as moot; and
2. Plaintiff shall file his second amended complaint **on or before June 13, 2022**.

IT IS SO ORDERED.

Dated: __**April 20, 2022**__

UNITED STATES MAGISTRATE JUDGE