# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00092-JLT-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE MAY 31, 2022 ORDER ON PLAINTIFF AND SEND COMPLAINT FORM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLAINT WITHIN SIXTY DAYS<br><br>(ECF Nos. 2, 4) |

Adan Hernandez ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action on January 21, 2022, pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2022, the Court screened Plaintiff's initially filed complaint, found Plaintiff failed to state a claim, and granted Plaintiff leave to file an amended complaint within thirty days. (ECF Nos. 1, 7.) On February 28, 2022, Plaintiff filed a first amended complaint. (ECF No. 8.) On March 23, 2022, the Court screened the first amended complaint, and granted leave to file an amended complaint within thirty days. (ECF No. 9.) On April 11, 2022, the

1

Court granted Plaintiff an extension of time to file an amended complaint. (ECF No. 11.) On May 26, 2022, Plaintiff filed a second amended complaint. (ECF No. 14.) On May 31, 2022, the Court issued a screening order finding that Plaintiff had failed to state any cognizable claims in his complaint, and granted Plaintiff thirty (30) days in which to file a first amended complaint. (ECF No. 15.) More than thirty (30) days passed, and on July 7, 2022, the Court issued findings and recommendations recommending this action be dismissed for failure to state a claim and failure to prosecute. (ECF No. 16.)

On July 28, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 17.) Plaintiff declares that he never personally received the May 31, 2022 screening order. (ECF No. 17 at 2.) Plaintiff requests sixty (60) days to file the third amended complaint, due to prison mailroom issues in receiving documents. (Id. at 3.) The Court shall grant Plaintiff's request, and re-serve the May 31, 2022 screening order on Plaintiff, and Plaintiff shall file a third amended complaint in compliance with the May 31, 2022 screening order, within sixty (60) days of service of this order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The findings and recommendations filed July 7, 2022 (ECF No. 16), are VACATED;
2. The Clerk of the Court is DIRECTED to re-serve the Court's May 31, 2022 order (ECF No. 15) on Plaintiff;
3. The Clerk of the Court is DIRECTED to send Plaintiff a civil rights complaint form;
4. Plaintiff's motion for an extension of time is GRANTED and wiithin **sixty (60) days** from the date of service of this order, Plaintiff shall file a third amended complaint curing the deficiencies identified by the Court in the Court's May 31, 2022 order;
5. The third amended complaint, including attachments, shall not exceed twenty-five (25) pages in length; and

///

6. If Plaintiff fails to file a third amended complaint in compliance with this order, the Court will recommend to a District Judge that this action be dismissed consistent with the reasons stated in the May 31, 2022 order.

IT IS SO ORDERED.

Dated: **August 3, 2022**

UNITED STATES MAGISTRATE JUDGE

3